IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bobby S. Coleman,                                    Case No. 3:08cv2854

           Plaintiff

     v.                                                 Judgment Entry

Commissioner of Social Security,

           Defendant

      On de novo review, it is hereby

      ORDERED THAT the Report and Recommendation filed October 6, 2009 be, and the same hereby is adopted as the order of this Court.

      So ordered.

                                                       s/James G. Carr
                                                       James G. Carr
                                                       Chief Judge